ACCEPTED
01-15-00401-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 4:58:18 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00401-CR

|  |  |  |
|---|---|---|
| IN THE MATTER OF | § | IN THE FIRST DISTRICT |
|  | § | COURT OF APPEALS |
| DAVID CHRISTOPHER HESSE | § |  |
|  | § | HOUSTON, TEXAS |

FILED
1st COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 4:58:18 PM
CHRISTOPHER A. PRINE
Clerk

## STATE'S FIRST MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), the State, by and through its Fort Bend County District Attorney, asks this Court to grant an extension of time to submit its appellate brief in the above-referenced cause.

Pursuant to Texas Rule of Appellate Procedure 10.5(b), the State provides the following information:

Current Deadline:               July 8, 2015

Length of Extension Sought:     Fifteen days to July 23, 2015

Number of Previous Extensions:   None

Facts reasonably explaining the need for an extension:

In the last thirty days, the undersigned assistant district attorney has been working on the State's brief in the appeal from the convictions for aggravated robbery and fifty-year sentences involving an appellant, who was fourteen years old when these crimes were committed, in *Gentry v. State*, Nos. 01-14-00335-CR and 01-14-

1

00336-CR due on July 10, 2015, on an extended deadline, no further extensions. The undersigned committed to make this appeal her priority. The undersigned also was out-of-state for a pre-planned, pre-paid family reunion June 11-20, 2015.

Barring unforeseen circumstances, the State will not ask for further extension of its deadline. The State asks for an extension of time not for delay only, but to see that justice is done.

Respectfully submitted,

John F. Healey, Jr.
SBOT # 09328300
District Attorney, 268th Judicial District
Fort Bend County, Texas

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell
SBOT # 11395400
Assistant District Attorney
301 Jackson Street, Room 101
Fort Bend County, Texas 77469
(281) 238-3205 / (281) 238-3340 (fax)
Gail.McConnell@fortbendcountytx.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing State's motion was served on July 8, 2015, through the electronic filing manager or by email on L.T. "Butch" Bradt, Attorney for Appellant.

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell